## EX PARTE STATE IN RE. NOAH v. THE STATE.

(Decided June 30, 1916.)

CERTIORARI to Court of Appeals.

W. L. MARTIN, Attorney General, and HARWELL G. DAVIS, Assistant Attorney General, for the State.  JOHN S. HOSKINS, for appellee.

Per curiam.—Petition by State of Alabama to review and revise the decision and judgment of the Court of Appeals in the case of *Tom Noah v. The State,* 15 Ala. App. ......., 72 South. 611. Writ denied.